# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID SILVA,

    Petitioner,

vs.                                     Case No. 4:13cv657-RH/CAS

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On December 4, 2013, Petitioner David Silva, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. After direction by this Court, Petitioner paid the filing fee. Docs. 3 and 5.

Petitioner challenges a judgment and sentence entered November 13, 2011, by the Fifteenth Judicial Circuit, Palm Beach County, Florida, located in the Southern District of Florida. Doc. 1 at 1; *see* 28 U.S.C. § 89(c). Petitioner is currently incarcerated at the Madison Correctional Facility in Madison, Florida, which is located in this district. Doc. 1; *see* 28 U.S.C. § 89(a). Nevertheless, because the district of conviction appears to be the most convenient and appropriate venue, this petition should be transferred to the United States District Court for the Southern District of

Florida. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated); S.D. Fla. R. 3.1. See Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Southern District of Florida, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on January 30, 2014.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**