IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID SILVA,

    Petitioner,

v.                                              CASE NO.  4:13cv657-RH/CAS

MICHAEL D. CREWS,

    Respondent.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation to transfer, ECF No. 7.  No objection shave been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Southern District of Florida.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on March 6, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge